| In re: STEVEN T DAVIS, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-22514-SB |
| | ADV. NO. 2:10-ap-01120-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4375 Jutland Drive, Suite 200, San Diego, CA 92117.

The foregoing document described **JP MORGAN CHASE BANK, NATIONAL ASSOCIATON'S ANSWER TO COMPLAINT FOR DECLARATORY RELIEF TO DETERMINE PRIORITY AND EXTENT OF LEINS PURSUANT TO RULE 7001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/14/2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.la.ecf@usdoj.gov                        ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On April 14, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/14/2010 | Elena I. Munoz | /s/ Elena I. Munoz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**

| In re: STEVEN T DAVIS, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-22514-SB |
| | ADV. NO. 2:10-ap-01120-SB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**DEBTOR**

Steven T Davis
4809 Burgoyne Lane
La Canada, CA 91001

**DEBTOR'S ATTORNEY**

David A. Tilem
Law Offices of David A. Tilem
206 N. Jackson Street, Suite 201
Glendale, CA 91206

**JUDGE**

Honorable Samuel L. Bufford
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1582
Los Angeles, CA  90012-3332

**INTERESTED PARTIES**

Joshua D Meier
Friedman Stroffe & Gerard, PC
19800 MacArthur Blvd Ste 1100
Irvine, CA 92612-2425

Bonnie M Holcomb
300 S Spring St #1702
Los Angeles, CA 90013-1230

Najah J Shariff
IRS Office of Chief Counsel
300 N Los Angeles St
Rm 3018
Los Angeles, CA 90012

Mitchell B. Hannah
Hallie D. Hannah
Law Office of Mitchell B. Hannah
9900 Research Drive
Irvine, CA 92618-4309

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                               **F 9013-3.1**