```
 1  David A. Tilem (Bar No. 103825)
    LAW OFFICES OF DAVID A. TILEM
 2  206 N. Jackson Street, Suite 201
    Glendale, California 91206
 3  Tel:(818) 507-6000   Fax:(818) 507-6800
    Email: DavidTilem@TilemLaw.com
 4
 5  Attorneys for Steve Davis
 6
                    UNITED STATES BANKRUPTCY COURT
 7
                    CENTRAL DISTRICT OF CALIFORNIA
 8
                         LOS ANGELES DIVISION
 9
10
    In re:                              ) Case No. 2:09-22514-SB
11                                      )
    STEVE DAVIS,                        ) Chapter 11
12                                      )
                 Debtor.                )
13  _____ )
                                        )
14  STEVE DAVIS,                        ) Adv. Case No. 10-01120-SB
                                        )
15           Plaintiff,                 )
                                        )
16       vs.                            )
                                        ) STATUS CONFERENCE REPORT
17  WASHINGTON MUTUAL BANK, FA, a       )
    Federal Association, JPMORGAN       ) Date: August 3, 2010
18  CHASE BANK N.A., FRANK MATRANGA,    ) Time: 2:00 p.m.
    MICHAEL ROSENGARTEN, MANHATTAN      ) Ctrm: 1575
19  FINISH, INC., T.L. SHIELDS AND      )
    ASSOCIATES, INC., FINTON            )
20  CONSTRUCTION, INC., dba Finton      )
    Associates, fdba Finton             )
21  Associates, Inc., COVELLO           )
    PLASTERING CORP., TILENCOUNTERS,    )
22  INC., VILLA PACIFIC CONTRACTORS,    )
    INC., PARAMOUNT SCAFFOLD, INC.,     )
23  BROADWAY A/C HEATING & SHEET        )
    METAL, GERALD H. RISSMAN as         )
24  Trustee of the _____              )
    Living Trust Dated 11/19/96,        )
25  JUDITH J. HOLT MCCARTHY             )
    REVOCABLE TRUST DATED 5/16/1991,    )
26  CAROLINE BAKER INTERIOR DESIGN,     )
    SIERRA LANDSCAPE DEVELOPMENT,       )
27  ACTION MILLWORK, RICHARD MACHEN,    )
    UNITED STATES OF AMERICA by and     )
28  through its agency the Internal     )
    Revenue Service, GRANT & WEBER,     )
```

|   |   |   |
|---|---|---|
| 1 | a Corporation, STATE OF CALIFORNIA FRANCHISE TAX BOARD, | ) ) |
| 2 | J.V. MCBURNEY CONCRETE CONSTRUCTION, INC., JOYCE J. | ) ) |
| 3 | CAMMILLERI TRUST DATED NOVEMBER 16, 2001, TOM GONZALES, COURTESY | ) ) |
| 4 | ELECTRIC WHOLESALE CORP., ECS ELECTRICAL, WHITE STAR | ) ) |
| 5 | PLASTERING CO., INC., CLASSICAL BUILDING ARTS, INC., OJ | ) ) |
| 6 | INSULATION, LP, JOSE A. SANDOVAL, and all others similar | ) ) |
| 7 | situated, | ) ) |
| 8 |         Defendants. | ) ) |
| 9 | _____ | ) |

The Court conducted a status conference in the above-entitled matter on June 29, 2010 at 10:00 a.m. and continued the status conference to the date and time set forth above.

I.

CASE BACKGROUND

This is a single asset real estate case in which the Debtor encountered financial problems while constructing a single family residence. As of the petition date, the Debtor had received a Certificate of Occupancy but there remained a substantial "punch list" of finish and detail items yet to be completed.[1] Those punch list items remain unfinished.

During the pendency of the case the Debtor has endeavored to find a buyer. Several have approached, but none have offered a sum sufficient to satisfy all lien claimants.

Debtor has recently relocated his family into the property, where they still reside, to eliminate rental expense and otherwise reduce costs of living.

---

[1] For example, the residence has an elevator which is not operating because the sub-contractor removed the software when Debtor failed to pay for its services.

The property secures the following types of obligations:

1) mechanic liens;

2) tax liens;

3) consensual deeds of trust; and

4) judgment liens.

The purpose of this action is to determine the relative priority of these obligations[2] so that the Debtor can prepare a Plan and Disclosure Statement.

## II.

## ADVERSARY ACTION HISTORY

On January 29, 2010, Debtor filed this action seeking declaratory relief. The action names all of those believed by the Debtor to have any interest in the real property.

On March 24, 2010, Debtor moved to amend the complaint to name the successor-in-interest to Washington Mutual Bank. That motion was granted in an Order entered April 22, 2010 and JP Morgan Chase Bank was added as a party defendant.

Since that time the Court has conducted a number of status conference hearings. Following the status conference on May 18, 2010, and at the suggestion of Debtor's counsel, the Court entered an Order (July 16, 2010) directing the parties to produce information relevant to resolution of the dispute and to provide that information to Debtor's counsel. Debtor's counsel was directed to circulate the information to all parties. Debtor's counsel also offered to host a settlement meeting.

---

[2] Perhaps in recognition of the uncertainty regarding the priority of the various liens, only one relief from stay motion relating to the real property has been filed in this case. That motion was settled.

The settlement meeting took place on June 15, 2010 and was attended by representatives of 8 parties including the IRS, the Franchise Tax, JP Morgan Chase and mechanic lienholders. The Debtor was also personally present. The parties were able to develop a framework for gathering the information needed to resolve the action. The meeting adjourned for the purpose of gathering the required information.

The efforts to resolve this dispute have been hampered in three ways.

1. <u>Case Management</u>

The Debtor has incurred nearly $15,000 in legal fees initiating and prodding this action even though the Debtor is merely a stakeholder. It is not clear that the estate should continue to bear this burden to the detriment of unsecured creditors. Unfortunately no other party has yet stepped forward to advance the matter.

It is hoped that by attaching a list of appearing and non-appearing parties with all available contact information for each (Exhibit A), one or more of the appearing parties will undertake this responsibility.

2. <u>The Default Problem</u>

Several interested parties have failed to answer or appear. On June 18, 2010 Debtor's counsel sent a letter to all parties warning that their default would be taken if they failed to appear by June 30, 2010. A copy of this letter is attached as Exhibit B. Several additional parties have now appeared, but there remain some who have not. (<u>See</u> Exhibit A).

Debtor has contemplated moving to certify a class of

1  Defendants consisting of those asserting mechanic liens.  This
2  would eliminate the "default problem" and bind all parties to the
3  decision of the Court.  This suggestion was raised at one of the
4  Status Conferences, however, the Court was concerned about the
5  numerosity requirement of Rule 23 and indicated that such a motion
6  would likely not be well received.  As a result, no such motion has
7  been filed.
8      Other than seeking to certify a class pursuant to Bankruptcy
9  Rule 7023 (Federal Rule 23), it is unclear how these defaulting
10 parties should be treated.  Some have suggested that defaulting
11 parties should have their claims subordinated, while others believe
12 the claims should be disallowed in their entirety.
13     Debtor has come to the view that mechanic lien claimholders
14 have no contractual relationship with the Debtor.  The SOLE basis
15 for their claim is their lien against the property (See §102(2)).
16 If they are unwilling to defend that lien in this adversary action,
17 their claims should be disallowed.
18     Debtor is prepared to file defaults, but has yet to do so as a
19 result of other pressing business.  It is anticipated that defaults
20 will be filed prior to the August 3 hearing.
21          3.    Discovery
22     The defaulting parties (and some who have filed answers) have
23 failed to comply with voluntary discovery efforts.  No party has
24 yet been willing to incur the expense of initiating formal
25 discovery.
26     Setting a discovery cut-off in this case serves no purpose.
27 Without discovery, the central dispute in this case cannot be
28 resolved leaving the parties exactly where they started out - in

priority limbo.

III.

RECOMMENDATIONS

Debtor makes the following recommendations for the purpose of advancing this litigation.

1. Debtor and his counsel should be excused from further participation in the action so as to avoid incurring further expense to the estate.

2. Claims asserted by defaulting parties should be disallowed.

3. The Court should issue a tentative decision to fix lien priority pursuant to the "first in time" rule unless one or more of the remaining parties provides a factual and legal basis to reach some other result.

4. With such a tentative decision in place, the Court can set a meaningful discovery cutoff and the case can proceed in a more normal fashion.

Dated: July 27, 2010

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem, Attorneys
for Plaintiff Steven Davis

# "EXHIBIT A"

## PARTIES THAT HAVE ANSWERED

| | ANSWER DATE | PARTY | NAME | ADDRESS | TELEPHONE | EMAIL |
|---|---|---|---|---|---|---|
| 1 | 3/5/2010 | Finton Construction, Inc. | Joshua Meier, Eoin Kreditor | Friedman, Stroffe & Gerard, 19800 MacArthur Blvd., #1100, Irvine, CA 92612-2425 | 949-265-1100 | jmeier@fsglawyers.com, ekreditor@fsglawyers.com |
| 2 | 3/10/2010 Amended 3/18/2010 | JV McBurney Concrete Construction, Inc. | Philip Landsman | 22030 Ventura Blvd., #206, Woodland Hills, CA 91364 | 818-587-3666  805-794-1000 | attorney@evillattorney.com |
| 3 | 3/16/2010 | T.L. Shield & Associates | Louis J. Khoury | 1801 Century Park E., #2400, Los Angeles, CA 90067-2326 | 310-553-7291 | ljkhoury@aol.com |
| 4 | 3/26/2010 | Villa Pacific Contractors, Inc. | Mitchell Hannah Hallie Hannah | 9900 Research Dr., Irvine, CA 92618-4309 | 949-477-9020 | mhannah@hannahlaw.com |
| 5 | 4/13/2010 | Franchise Tax Board of the State of California | Bonnie Holcomb | 300 S. Spring St. #1702, Los Angeles, CA 90013-1230 | 213-897-2485 | bonnie.holcomb@doj.ca.gov |
| 6 | 4/14/2010 | IRS | Najah Shariff | 3018 Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012 | 213-894-3027 x 221 | Najah.J.Shariff@irscounsel.treas.gov |
| 7 | 4/14/2010 | JP Morgan Chase Bank, N.A. | Ellen Cha, David McAllister, Brian Paino | Pite Duncan, LLP, 4375 Jutland Dr., #200, P.O. Box 17933, San Diego, CA 92177-0933 | 858-750-7607 | bpaino@piteduncan.com |
| 8 | 3/17/2010 | Richard Machen | David Barnier | Barker, Olmsted & Barnier, 2341 Jefferson St., #200, San Diego, CA 92110 | 619-682-4040 | djb@barkerolmsted.com |
| 9 | 5/18/2010 | Caroline Baker | David Delgado | Hunter, Molloy & Salcido, LLC, 225 South Lake Avenue, Suite 600, Pasadena, CA 91101 | 626-568-2500 | ddelgado@hmspasadena.com |
| 10 | 6/30/2010 | Frank Matranga | Alfred Calabro, Troy Stewart | Calabro Law Offices, 2020 El Arbolita Drive, Glendale, CA 91208 | 818-249-7822 | |
| 11 | 6/28/2010 | Covello Plastering Corp. | Scott Green | The Green Law Group, 1777 E. Los Angeles Ave., #201, Simi Valley, CA 93065 | 805-306-1100 | |
| 12 | 6/28/2010 | Gerald Rissman as Trustee of the Rissman Living Trust | Miguel Ortiz | Graham Vaage LLP, 500 N. Brand Blvd., #1030, Glendale, CA 91203 | 818-547-4800 | mortiz@grahamvaagelaw.com |
| 13 | 6/28/2010 | Judith J Holt McCarthy Revocable Trust Dated 5/16/1991 | Miguel Ortiz | Graham Vaage LLP, 500 N. Brand Blvd., #1030, Glendale, CA 91203 | 818-547-4800 | mortiz@grahamvaagelaw.com |

# PARTIES WHO HAVE NOT ANSWERED

| PARTY | ADDRESS |
|---|---|
| Sierra Landscape Development | 1124 South Santa Anita Ave., Arcadia, CA 91006 |
| Action Millwork | 3515 Woodhaven Street Simi Valley, CA 93063 |
| Grant & Weber Corp. | 26575 W. Agoura Road Calabasas, CA 91302 |
| Joyce J. Cammilleri Trust Dated 16, 2001 | Boren, Osher & Luftman, LLP Attn: Steven Boren 5900 Wilshire Blvd., Suite 920 Los Angeles, CA 90036 |
| Tilencounters, Inc. | 3512 N. Verdugo Rd. Glendale, CA 91208 |
| Courtesy Electric Wholesale Corp. | 926 E. Orange Grove Pasadena, CA 91104 |
| ECS Electrical, Inc. | 3176 Grandeur Ave. Altadena, CA 91001 |
| White Star Plastering Co., Inc. | P.O. Box 4547 Sun Valley, CA 91352 |
| Classical Building Arts, Inc. | 9516 Gidley Street Temple City, CA 91780 |
| OJ Insulation, L.P. | 600 South Vincent Azusa, CA 91702 |
| Jorge Sandoval | 2346 Caldero Lane Montrose, CA 91020 |
| Michael Rosengarten | 795 Oak Knoll Circle Pasadena, CA 91106 |
| Manhattan Finish, Inc. | 1077 E. Pacific Coast highway PMB #157 Seal Beach, CA 90740 |
| Paramount Scaffold | 16525 S. Avalon Blvd. Carson, CA 90746 |
| Broadway A/C Heating & Sheet Meetal | 1748 21st Street Santa Monica, CA 90404 |

**"EXHIBIT B"**



**LAW OFFICES OF DAVID A. TILEM**
A DEBT RELIEF AGENCY

DAVID A. TILEM
BARRY R. WEGMAN
SYLVIA S. LEW
ERIC S. BERSHATSKI
PATRICK M. HUNTER*(of counsel)
JOHN O. ADAMS (of counsel)

*admitted only in WY

206 North Jackson Street
Second Floor, Suite 201
Glendale, CA 91206
Tel: (818) 507-6000
Fax: (818) 507-6800
www.tilemlaw.com

IN REPLY REFER TO
FILE NO.  02245.01P5

June 18, 2010

## Attention: Law Suit Defendant

Re: Default Warning Letter

Dear Law Suit Defendant:

This letter was sent to you because you have been sued by the bankruptcy estate of Steven Davis and because you are claiming to have a lien or mortgage against Mr. Davis' property located at 1475 San Pasqual Street, Pasadena, CA 91106.  You should already know about this lawsuit because you received papers about it in early February, 2010.

The lawsuit has two goals.  First, to see whether your claim against Mr. Davis is valid.  If your claim is not valid, you will not be paid at all.  Second, to figure out whether you will be paid before, or after others who say that they also have a lien or mortgage against the same property.

**If you have already filed papers with the Court and sent me a copy**, you do not need to answer this letter.  You will still, however, have to participate by coming to Court and in other ways.  The next Court date is June 29 at 10:00 a.m.  The Court location is the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, 13th Floor, Court Room 1575, Los Angeles, CA 90012.

**If you have NOT filed papers with the Court or sent me a copy**, you NEED TO DO THIS.  **Your deadline is June 30, 2010**.  If you do not act by **June 30, 2010**, we will ask the Bankruptcy Court to stop you from taking action in the lawsuit in the future.  We will also ask the Court to issue a judgment against you which may take away your rights and may even take away your claim against Mr. Davis or his bankruptcy estate.

The deadline is **June 30, 2010**.  If you have acted by that time, you will begin to lose your rights.

Very truly yours,

*David A. Tilem*

David A. Tilem

cc: Steve Davis

## Service List

Steve Davis
1475 San Pasqual
Street Pasadena, CA 91106

Joshua Meier
Eoin Kreditor
Friedman, Stroffe & Gerard
19800 MacArthur Blvd., #1100
Irvine, CA 92612-2425

Manhattan Finish, Inc
1077 E. Pacific Coast Highway PMB #157
Seal Beach, CA 90740

Frank Matranga
1708 Oak Grove
San Marino, CA 91108

Covello Plastering Corporation
5909 Clear Valley Road
Hidden Hills, CA 91302

Tilencounters, Inc.
3512 N. Verdugo Rd.
Glendale, CA 91208

Mitchell Hannah
Hallie Hannah
9900 Research Dr.
Irvine, CA 92618-4309

Paramount Scaffold
16525 S. Avalon Blvd.
Carson, CA 90746

Michael Rosengarten
795 Oak Knoll Circle
Pasadena, CA 91106

Sierra Landscape Development, Inc.
1124 South Santa Anita Ave
Arcadia, CA 91006

Covello Plastering Corporation
C/O Green & Campbell, LLP
1777 E. Los Angeles, Ave., Suite 20
Simi Valley, CA 93065

Louis Khoury
Law Offices of Louis Khoury
1801 Century Park East #2400
Los Angeles, CA 90067

Broadway A/C Heating & Sheet Metal
1748 21st Street
Santa Monica, CA 90404

Gerald Rissman
1101 Skokie Blvd., #255
Northbrook, IL 60062

Judy Holt
2 Barnard Court
Rancho Mirage, CA 92270

David Delgado
Hunter, Molloy, & Salcido, LLP
225 South Lake Ave., Suite 600
Pasadena, CA 91101

Action Millwork
3515 Woodhaven Street
Simi Valley, CA 93063

Action Millwork
7333 Coldwater Cannyon Ave.
N. Hollywood, CA 91605

Grant & Weber
26575 W. Agoura Rd.
Calabasas, CA 91302

Washington Mutual Bank
2210 Enterprise Dr.
DOC OPS FSCE 440
Florence, SC 29501

David Barnier
Barker, Olmsted & Barnier
2341 Jefferson St., #200
San Diego, CA 92110

Jorge A. Sandoval
2346 Caldero Lane
Montrose, CA 91020

Bonnie Holcomb
300 S. Spring St., #1702
Los Angeles, CA 90013-1230

Joyce J. Cammilleri
Boren, Osher, & Luftman LLP
Attn: Steven Boren
5900 Wilshire Blvd., Suite 920
Los Angeles, CA 90036

Najah Sharif
3018 Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012

Classical Building Arts
9516 Gidley Street
Temple City, CA 91780

Philip Landsman
Law Offices of Philip Landsman
22030 Ventura Blvd., Suite 206
Woodland Hills, CA 91364

Alfred Calabro
Troy Stewart
2020 El Arbolita Dr
Glendale, CA 91208

Courtesy Electrical Wholesale Corp.
ECS Electrical
2220 W. main Street
Alhambra, CA 91801

Brian Paino
Pite Duncan, LLP,
4375 Jutland Dr., #200
P.O. Box 17933
San Diego, CA 92177-0933

Courtesy Electrical Wholesale Corp.
ECS Electrical
926 E. Orange Grove Blvd.
Pasadena, CA 91104

White Star Plastering Co.
P.O. Box 4547
Sun Valley, CA 91352

| In re: Steven Davis v. Washington Mutual | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-01120-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as <u>Default Warning Letter</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On <u>6/18/10</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/18/10 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                          F 9013-3.1

| In re: Steven Davis v. Washington Mutual | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-01120-SB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

* Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
* Frank W Molloy    jgalambos@hmspasadena.com, mdickey@hmspasadena.com
* Brian A Paino    ecfcacb@piteduncan.com
* Nathan A Schultz    schultzn@gtlaw.com
* Najah J Shariff    najah.j.shariff@irscounsel.treas.gov
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com; ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| In re: Steven Davis v. Washington Mutual | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-01120-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Status Report  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  7/27/10  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  7/27/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/27/10 | Lorena Diaz | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                            F 9013-3.1

| In re: Steven Davis v. Washington Mutual | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-01120-SB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

* Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
* Glenn C Kelble    glenn@gdclawyers.com
* Frank W Molloy    jgalambos@hmspasadena.com, mdickey@hmspasadena.com
* Miguel A Ortiz    mortiz@grahamvaagelaw.com
* Brian A Paino    ecfcacb@piteduncan.com
* Nathan A Schultz    schultzn@gtlaw.com
* Najah J Shariff    najah.j.shariff@irscounsel.treas.gov
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com; ldiaz@tilemlaw.com; dianachau@tilemlaw.com; kmishigian@tilemlaw.com
* United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

## Service List

Russell Clemenston, Staff Attorney
United States Trustee
725 S. Figueroa Street, 26th Fl.
Los Angeles, CA 90012

Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

Joshua Meier
Eoin Kreditor
Friedman, Stroffe & Gerard
19800 MacArthur Blvd., #1100
Irvine, CA 92612-2425

Manhattan Finish, Inc
1077 E. Pacific Coast Highway PMB #157
Seal Beach, CA 90740

Manhattan Finish Agent for Service of Process
Dennis Fried
6345 Balboa Blvd. Bld 2, Suite 230
Encino, CA 91316

Tilencounters, Inc.
3512 N. Verdugo Rd.
Glendale, CA 91208

Tilencounters Agent for Service of Process
Michelle Gonzales
3512 N. Verdugo Road
Glendale, CA 91208

Mitchell Hannah
Hallie Hannah
9900 Research Dr.
Irvine, CA 92618-4309

Paramount Scaffold
16525 S. Avalon Blvd.
Carson, CA 90746

Paramount Scaffold Agent for Service of Process
Micah Nisito
3300 I St
Sacramento, CA 95816

Michael Rosengarten
795 Oak Knoll Circle
Pasadena, CA 91106

Sierra Landscape Development, Inc.
1124 South Santa Anita Ave
Arcadia, CA 91006

Sierra Landscape Development Agent for Service of Process
Richard L. Watchler
1124 S. Santa Anita Ave.
Arcadia, CA 91006

Covello Plastering Corporation
C/O Green & Campbell, LLP
1777 E. Los Angeles, Ave., Suite 201
Simi Valley, CA 93065

Louis Khoury
Law Offices of Louis Khoury
1801 Century Park East #2400
Los Angeles, CA 90067

Broadway A/C Heating & Sheet Metal
1748 21st Street
Santa Monica, CA 90404

Broadway A/C Heating & Sheet Metal Agent for Service of Process
Vincent J. Lombardo
Lomardo & Safford
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025

Miguel Ortiz
Graham Vaage LLP
500 N. Brand Blvd., #1030
Glendale, CA 91206

David Delgado
Hunter, Molloy, & Salcido, LLP
225 South Lake Ave., Suite 600
Pasadena, CA 91101

Action Millwork
3515 Woodhaven Street
Simi Valley, CA 93063

Grant & Weber
26575 W. Agoura Rd.
Calabasas, CA 91302

Grant & Weber Agent for Service of Process
Ron Grossblatt
26575 W. Agoura Rd.
Calabasas, CA 91302

David Barnier
Barker, Olmsted & Barnier
2341 Jefferson St., #200
San Diego, CA 92110

Bonnie Holcomb
Deputy Attorney General
300 S. Spring St., #1702
Los Angeles, CA 90013-1230

Jorge A. Sandoval
2346 Caldero Lane
Montrose, CA 91020

Najah Sharif
Special Assistant United States Attoney
3018 Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012

Philip Landsman
Law Offices of Philip Landsman
22030 Ventura Blvd., Suite 206
Woodland Hills, CA 91364

OJ Insulation L.P.
600 South Vincent
Azusa, CA 91702

White Star Plastering Co.
P.O. Box 4547
Sun Valley, CA 91352

White Star Plastering Co. Agent for Service of Process
Victor F. Cassara
11841 Sheldon Street
Sun Valley, CA 91352

Classical Building Arts, Inc.
9516 Gidley Street
Temple City, CA 91780

Classical Building Arts, Inc. Agent for Service of Process
Alejandro Aguirre
854 E. Mendocino Street
Altadena, CA 91001

Washington Mutual Bank
2210 Enterprise Dr.
DOC OPS FSCE 440
Florence, SC 29501

Joyce J. Cammilleri
Boren, Osher, & Luftman LLP
Attn: Steven Boren
5900 Wilshire Blvd., Suite 920
Los Angeles, CA 90036

Alfred Calabro
Troy Stewart
2020 El Arbolita Dr
Glendale, CA 91208


Brian Paino
Pite Duncan, LLP,
4375 Jutland Dr., #200
P.O. Box 17933
San Diego, CA 92177-0933


Courtesy Electric Wholesale
926 E. Orange Grove
Pasadena, CA 91104


Courtesy Electric Wholesale Agent for Service of Process
Elie R. Attar
320 Orange Grove
South Pasadena, CA 91030


ECS Electrical, Inc
3176 Grandeur Ave.
Altadena, CA 91001


ECS Electrical, Inc. Agent for Service of Process
Irwin Dyson
3176 Grandeur Ave.
Altadena, CA 91001


Bonnie Holcomb
Deputy Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013


Najah Shariff
Special Assistant United States Attorney
3018 Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012