1  DAVID E. McALLISTER (CA SBN 185831)
   BRIAN A. PAINO (CA SBN 251243)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5

6  Attorneys for Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

7  **UNITED STATES BANKRUPTCY COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

9

| In re | Case No. 2:09-bk-22514-SB |
|---|---|
| STEVEN T DAVIS, | Adv. Proc. No. 2:10-ap-01120-SB |
| Debtor. | Chapter 11 |
| STEVEN T DAVIS, | **UNILATERAL STATUS REPORT** |
| Plaintiff, | **LOCAL BANKRUPTCY RULE 7016-1(a)(2)** |
| vs. | **Hearing**: |
| WASHINGTON MUTUAL BANK, FA, a Federal Association, et al., | Date: August 3, 2010<br>Time: 10:00 a.m.<br>Crtm: 1575 |
| Defendant. | Judge: Hon. Samuel L. Bufford |

    To the Honorable United States Bankruptcy Judge Samuel L. Bufford. In accordance with Local Bankruptcy Rule ("LBR") 7016-1(a)(2), Defendant JP Morgan Chase Bank, N.A. ("Defendant") submits the following Unilateral Status Report:

**A.    PLEADINGS/SERVICE:**

    1.    *Have all parties been served?* Yes.

    2.    *Have all parties filed and served answers to the complaint/counter-complaints/etc.?* No.

    3.    *Have all motions addressed to the pleadings been resolved?* There are no pending motions at this time.

/././

1  B.    **READINESS FOR TRIAL:**

2    1.    *When will you be ready for trial in this case?* January 2011.

3    2.    *If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.* Number of parties involved and procedural status of case.

5    3.    *When do you expect to complete your discovery efforts?* December 1, 2010.

6    4.    *What additional discovery do you require to prepare for trial?* Requests for Admission, Requests for Production, Interrogatories, and Depositions.

8  C.    **TRIAL TIME**

9    1.    *What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?* 1/2 day.

11    2.    *How many witnesses do you intend to call at trial (including opposing parties)?* Undetermined at this time.

13    3.    *How many exhibits do you anticipate using at trial?* Undetermined at this time.

14  D.    **PRE-TRIAL CONFERENCE**

15    1.    *A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons*: Defendant requests a pre-trial conference.

19  /././
20  /././
21  /././
22  /././
23  /././
24  /././
25  /././
26  /././
27  /././
28  /././

1  E.   **SETTLEMENT**

2      1.   *What is the status of settlement efforts?* On June 15, 2010, Plaintiff, Defendant, and the remaining answering defendants participated in a settlement conference. Each of the respective defendants made their positions clear and the parties will continue to discuss a potential settlement of this matter.

6      2.   *Has this dispute been formally mediated?* No.

7      3.   *Do you want this matter sent to mediation at this time?* No.

                                PITE DUNCAN, LLP


10 Dated: July 27, 2010                By: /s/ Brian A. Paino
                                        BRIAN A. PAINO
                                        Attorneys for Defendant JP Morgan Chase
                                        Bank, N.A.

| In re: STEVEN T DAVIS, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-22514-SB |
| | ADV. NO. 2:10-ap-01120-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4375 Jutland Drive, Suite 200, San Diego, CA 92117.

The foregoing document described **JP MORGAN CHASE BANK, NATIONAL ASSOCIATON'S UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.la.ecf@usdoj.gov          ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 27, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/27/2010 | Kimberly Corredor | /s/ Kimberly Corredor |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re: STEVEN T DAVIS, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-22514-SB |
| | ADV. NO. 2:10-ap-01120-SB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**DEBTOR**

Steven T Davis
4809 Burgoyne Lane
La Canada, CA 91001

**DEBTOR'S ATTORNEY**

David A. Tilem
Law Offices of David A. Tilem
206 N. Jackson Street, Suite 201
Glendale, CA 91206

**JUDGE**

Honorable Samuel L. Bufford
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1582
Los Angeles, CA 90012-3332

**INTERESTED PARTIES**

Joshua D Meier
Friedman Stroffe & Gerard, PC
19800 MacArthur Blvd Ste 1100
Irvine, CA 92612-2425

Bonnie M Holcomb
300 S Spring St #1702
Los Angeles, CA 90013-1230

Najah J Shariff
IRS Office of Chief Counsel
300 N Los Angeles St
Rm 3018
Los Angeles, CA 90012

Mitchell B. Hannah
Hallie D. Hannah
Law Office of Mitchell B. Hannah
9900 Research Drive
Irvine, CA 92618-4309

Frank W. Malloy
225 S. Lake Ave., Ste. 600
Pasadena, CA 91101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1